RODNEY JOSEPH DYESS
CANDACE JANETTE DYESS
648 HENLEY FIELD MCNEILL RD
CARRIERE, MS 39426

CITI CARD/BEST BUY
PO BOX 790040
ST LOUIS, MO 36179

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CITIBANK
PO BOX 790040
ST LOUIS, MO 63179

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

AES
ATTN: BANKRUPTCY
PO BOX 64378
ST. PAUL, MN 55164

DISCOVER FINANCIAL
ATTN: BANKRUPTCY
PO BOX 3025
NEW ALBANY, OH 43054

JEFFERSON CAPITAL
ATTN: BANKRUPTCY
200 14TH AVE E
SARTELL, MN 56377

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

FAY SERVICING LLC
ATTN: BANKRUPTCY DEPT
PO BOX 809441
CHICAGO, IL 60680

KOHLS/CAPITAL ONE
PO BOX 3043
MILWAUKEE, WI 53201

AMERICAN EXPRESS
P.O. BOX 981537
EL PASO, TX 79998

FIRST PREMIER BANK
ATTN: BANKRUPTCY
PO BOX 5524
SIOUX FALLS, SD 57117

LINCOLN AUTOMOTIVE FIN
ATTN: BANKRUTCY
PO BOX 54200
OMAHA, NE 68154

BANKPLUS
ATTN: BANKRUPTCY
205 E TROY ST, STE 101
TUPELO, MS 38804

FNB OMAHA
ATTN: BANKRUPTCY
P.O. BOX 3128
OMAHA, NE 68103

LINCOLN AUTOMOTIVE FIN
ATTN: BANKRUPTCY
PO BOX 542000
OMAHA, NE 68154

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

GENESIS FS
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

MERCURY/FBT
ATTN: BANKRUPTCY
PO BOX 84064
COLUMBUS, GA 31908

CHASE AUTO FINANCE
ATTN: BANKRUPTCY
PO BOX 901076
FORT WORTH, TX 76101

GOLDMAN SACHS BANK USA
ATTN: BANKRUPTCY
PO BOX 70379
PHILADELPHIA, PA 19176

MERRICK BANK
ATTN: BANKRUPTCY
P.O. BOX 9201
OLD BETHPAGE, NY 11804

CHASE CARD SERVICES
ATTN: BANKRUPTCY
P.O. 15298
WILMINGTON, DE 19850

HALIE DYESS
831 CEDAR LAKE RD
BILOXI, MS 39532

ONE MAIN FINANCIAL
ATTN: BANKRUPTCY
PO BOX 3251
EVANSVILLE, IN 47731

```
PERSONIFY FINANCIAL
ATTN: BANKRUPTCY
PO BOX 208417
DALLAS, TX 92150


REPUBLIC FINANCE
2415 HWY 43 S
PICAYUNE, MS 39466


SHEFFIELD FINANCIAL
ATTN: BANKRUPTCY
214 N TRYON ST
CHARLOTTE, NC 28202


SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 955060
ORLANDO, FL 32896-5060


TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232


US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001
```