United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-50713-KMS
Rodney Joseph Dyess Chapter 13
Candace Janette Dyess
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 3
Date Rcvd: May 19, 2025      Form ID: hn006kms      Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rodney Joseph Dyess, Candace Janette Dyess, 648 Henley Field McNeill Rd, Carriere, MS 39426-8521 |
| 5511159 | + | BankPlus, Attn: Bankruptcy, 205 E Troy St, Ste 101, Tupelo, MS 38804-4837 |
| 5511171 | + | Halie Dyess, 831 Cedar Lake Rd, Biloxi, MS 39532-4619 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5511156 | + | Email/Text: Bankruptcy@ICSystem.com | May 19 2025 19:36:00 | AES, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 5511157 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 19 2025 19:43:01 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5511387 | | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2025 19:43:01 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5511158 | + | Email/PDF: bncnotices@becket-lee.com | May 19 2025 19:43:06 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 5511160 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 19 2025 19:42:56 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5511161 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 19 2025 19:42:55 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 5511162 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 19 2025 19:43:02 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 5511163 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2025 19:43:02 | Citi Card/Best Buy, Po Box 790040, St Louis, MO 63179-0040 |
| 5511164 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 19 2025 19:43:02 | Citibank, Po Box 790040, St Louis, MO 63179-0040 |
| 5511165 | + | Email/Text: mrdiscen@discover.com | May 19 2025 19:36:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5511166 | | Email/Text: ECF@fayservicing.com | May 19 2025 19:36:00 | Fay Servicing Llc, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680 |
| 5511168 | | Email/Text: collecadminbankruptcy@fnni.com | May 19 2025 19:36:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 5511167 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 19 2025 19:42:57 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 5511169 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 19 2025 19:37:00 | Genesis FS, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5511170 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 19, 2025 | Form ID: hn006kms | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| | | | May 19 2025 19:36:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5511173 | + | Email/Text: ebone.woods@usdoj.gov | May 19 2025 19:37:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5511172 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 19 2025 19:36:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5511174 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 19 2025 19:37:00 | Jefferson Capital, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5511175 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 19 2025 19:42:59 | Kohls/Capital One, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5511426 | | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2025 19:42:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5511176 | + | Email/Text: EBNBKNOT@ford.com | May 19 2025 19:37:00 | Lincoln Automotive Fin, Attn: Bankrutcy, Po Box 54200, Omaha, NE 68154-8000 |
| 5511177 | + | Email/Text: EBNBKNOT@ford.com | May 19 2025 19:37:00 | Lincoln Automotive Fin, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 5511365 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 19 2025 19:43:05 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5511178 | + | Email/Text: Mercury@ebn.phinsolutions.com | May 19 2025 19:36:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 5511179 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 19 2025 19:43:06 | Merrick Bank, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 5511180 | + | Email/PDF: cbp@omf.com | May 19 2025 19:42:56 | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5511181 | + | Email/Text: Contact@PersonifyFinancial.com | May 19 2025 19:37:00 | Personify Financial, Attn: Bankruptcy, Po Box 208417, Dallas, TX 75320-8417 |
| 5511182 | | Email/Text: bankruptcy@republicfinance.com | May 19 2025 19:37:00 | Republic Finance, 2415 Hwy 43 S, Picayune, MS 39466 |
| 5511183 | + | Email/Text: bankruptcy@bbandt.com | May 19 2025 19:36:00 | Sheffield Financial, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-1078 |
| 5511184 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 19 2025 19:43:07 | Synchrony, Attn: Bankruptcy, PO Box 955060, Orlando, FL 32896-5060 |
| 5511185 | | Email/Text: bankruptcy@towerloan.com | May 19 2025 19:36:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5511186 | ^ | MEBN | May 19 2025 19:32:53 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: May 19, 2025 | Form ID: hn006kms | Total Noticed: 35 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 21, 2025      Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Rodney Joseph Dyess trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Candace Janette Dyess trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 4

Form hn006kms (Rev. 10/18)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

    **Rodney Joseph Dyess**
    **Candace Janette Dyess**                                  **CASE NO. 25−50713−KMS**
          **DEBTORS.**                                                           **CHAPTER 13**

**NOTICE OF HEARING AND DEADLINES**

      The Debtors have filed a Motion to Extend Automatic Stay (the "Motion") (Dkt. #10) with the Court in the above−styled case.

      **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

      The Court will hold a hearing on June 5, 2025, at 10:00 AM in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Gulfport, Mississippi, to consider and act upon the Motion.

      If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before June 4, 2025 (Response Due Date). Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS, 39501. If you file a response, you or your attorney are required to attend the hearing. The hearing will be electronically recorded by the Court.

      If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, and the debtor has filed a declaration in support of the motion, in accordance with Miss. Bankr. L.R. 4001−1(e)(1)(B) or 4001−1(f)(1)(A), the Court may grant the Motion without conducting a hearing.

  Dated: 5/19/25                                                                              Danny L. Miller, Clerk of Court
                                                                                               U.S. Bankruptcy Court
                                                                                               Dan M. Russell, Jr. U.S. Courthouse
                                                                                               2012 15th Street, Suite 244
                                                                                               Gulfport, MS 39501
                                                                                               228−563−1790

Courtroom Deputy
228−563−1797 (use to advise of settlement)
228−563−1841

Parties Noticed:

ALL CREDITORS AND PARTIES LISTED ON THE COURT'S MAILING MATRIX