# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50713          **Case Name:**   Rodney Joseph Dyess and Candace Janette Dyess

**Set:**  06/05/2025 10:00 am   **Chapter:**  13   **Type:**  bk      **Judge**   Katharine M. Samson

**matter**   Motion to Extend Automatic Stay Filed by Joint Debtor Candace Janette Dyess, Debtor Rodney Joseph Dyess (Attachments: # 1 Proposed Order)  (Dkt. #10)

---

Minute Entry Re: (related document(s): [10] Motion to Extend Automatic Stay filed by Candace Janette Dyess, Rodney Joseph Dyess) A no response order has been submitted by Rollins. CA to pull order. Tickle for date: 06/12/2025. Hearing removed. (mcc)