United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-50713-KMS
Rodney Joseph Dyess  Chapter 13
Candace Janette Dyess
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 05, 2025 | Form ID: pdf012 | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rodney Joseph Dyess, Candace Janette Dyess, 648 Henley Field McNeill Rd, Carriere, MS 39426-8521 |
| 5511159 | + | BankPlus, Attn: Bankruptcy, 205 E Troy St, Ste 101, Tupelo, MS 38804-4837 |
| 5511171 | + | Halie Dyess, 831 Cedar Lake Rd, Biloxi, MS 39532-4619 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Jun 05 2025 19:31:00 | U.S. Bank National Association, not in its individ, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076, UNITED STATES |
| 5511156 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 05 2025 19:31:00 | AES, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 5511157 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 05 2025 19:39:06 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5511387 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 05 2025 19:39:06 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5511158 | + | Email/PDF: bncnotices@becket-lee.com | Jun 05 2025 19:39:14 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 5511160 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 05 2025 19:39:14 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5516966 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 05 2025 19:39:10 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5511161 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 05 2025 19:39:06 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 5511162 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 05 2025 19:39:10 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 5511163 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 05 2025 19:39:06 | Citi Card/Best Buy, Po Box 790040, St Louis, MO 63179-0040 |
| 5511164 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 05 2025 19:39:14 | Citibank, Po Box 790040, St Louis, MO 63179-0040 |
| 5511165 | + | Email/Text: mrdiscen@discover.com | Jun 05 2025 19:31:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5511166 | | Email/Text: ECF@fayservicing.com | Jun 05 2025 19:31:00 | Fay Servicing Llc, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680 |
| 5511168 | | Email/Text: collecadminbankruptcy@fnni.com | | |

District/off: 0538-6      User: mssbad      Page 2 of 3
Date Rcvd: Jun 05, 2025      Form ID: pdf012      Total Noticed: 43

| ID | | Method | Date | Recipient |
|---|---|---|---|---|
| | | | Jun 05 2025 19:31:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 5511167 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 05 2025 19:39:14 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 5511169 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 05 2025 19:31:00 | Genesis FS, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5511170 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 05 2025 19:31:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5511173 | + | Email/Text: ebone.woods@usdoj.gov | Jun 05 2025 19:31:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5511172 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 05 2025 19:31:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5511174 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 05 2025 19:31:00 | Jefferson Capital, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5515758 | + | Email/Text: BankruptcyECFMail@mccalla.com | Jun 05 2025 19:31:00 | Karen A. Maxcy, Esq., McCalla Raymer Leibert Pierce, LLC, US Bank NA not in its individual capacit, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 5511175 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 05 2025 19:39:10 | Kohls/Capital One, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5511426 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 05 2025 19:39:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5511176 | + | Email/Text: EBNBKNOT@ford.com | Jun 05 2025 19:31:00 | Lincoln Automotive Fin, Attn: Bankrutcy, Po Box 54200, Omaha, NE 68154-8000 |
| 5511177 | + | Email/Text: EBNBKNOT@ford.com | Jun 05 2025 19:31:00 | Lincoln Automotive Fin, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 5511365 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 05 2025 19:39:10 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5511178 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jun 05 2025 19:31:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 5511179 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 05 2025 19:39:06 | Merrick Bank, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 5511180 | + | Email/PDF: cbp@omf.com | Jun 05 2025 19:39:10 | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5511181 | + | Email/Text: Contact@PersonifyFinancial.com | Jun 05 2025 19:31:00 | Personify Financial, Attn: Bankruptcy, Po Box 208417, Dallas, TX 75320-8417 |
| 5512899 | | Email/Text: bnc-quantum@quantum3group.com | Jun 05 2025 19:31:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5512900 | | Email/Text: bnc-quantum@quantum3group.com | Jun 05 2025 19:31:00 | Quantum3 Group LLC as agent for, AXIOM ACQUISITION VENTURES LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5512902 | | Email/Text: bnc-quantum@quantum3group.com | Jun 05 2025 19:31:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5511182 | | Email/Text: bankruptcy@republicfinance.com | Jun 05 2025 19:31:00 | Republic Finance, 2415 Hwy 43 S, Picayune, MS 39466 |
| 5513601 | | Email/Text: bankruptcy@republicfinance.com | Jun 05 2025 19:31:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5511183 | + | Email/Text: bankruptcy@bbandt.com | Jun 05 2025 19:31:00 | Sheffield Financial, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-1078 |
| 5517813 | | Email/Text: bankruptcy@bbandt.com | Jun 05 2025 19:31:00 | Sheffield Financial, a division of Truist Bank, Sheffield Financial, Bankruptcy |

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 05, 2025 | Form ID: pdf012 | Total Noticed: 43 |

| | | | |
|---|---|---|---|
| | | | Section/100-50-01-51, PO Box 1847, Wilson, NC 27894-1847 |
| 5511184 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 05 2025 19:39:06 | Synchrony, Attn: Bankruptcy, PO Box 955060, Orlando, FL 32896-5060 |
| 5511185 | Email/Text: bankruptcy@towerloan.com | Jun 05 2025 19:31:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5511186 | ^ MEBN | Jun 05 2025 19:29:43 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Karen A. Maxcy | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2020-R1 karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Rodney Joseph Dyess trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Candace Janette Dyess trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 5

_____



    **SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 5, 2025**

_____
The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:** Rodney Joseph Dyess        Case No. 25-50713-KMS
       Candace Janette Dyess, Debtors        CHAPTER 13

## ORDER ON MOTION TO EXTEND AUTOMATIC STAY

(Dkt. #10)

ON THIS DATE the Court considered the Motion for Extension of Automatic Stay (the "Motion") and Declaration in support thereof (Dkt. # 11) filed by the Debtors and its "Standing Order Regarding Motion to Extend or Impose the Automatic Stay" (the "Automatic Stay Standing Order") and the Notice of Hearing and Deadlines (the "Hearing Notice") (Dkt. # 12) The Hearing Notice included an objection deadline, and provided that, if no objection to the Motion was timely filed by the stated deadline, then the Motion could be granted as unopposed. No objection to the extension of the automatic stay was timely filed by any party. Accordingly, the Court finds that just cause exists for the entry of the following order. It is therefore,

**ORDERED** and **ADJUDGED** that the Motion filed by the Debtors is hereby GRANTED and the automatic stay is hereby **EXTENDED AS TO ALL CREDITORS** pursuant to 11 U.S.C. § 362(c)(3)(B).

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR