

# INVOICE

Invoice # 8086
Date: 07/14/2025
Due On: 08/13/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Rodney Joseph Dyess and Candace Janette Dyess

## 05866-Dyess Rodney Joseph Dyess and Candace Janette

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | BM | 04/17/2025 | Reviewed debtor's file to determine if we have enough information to begin preparing their case, sent legal assistant a list of needed information to collect first. Debtors have multiple vehicles and sources of income we need information on | 0.40 | $155.00 | $62.00 |
| Service | BB | 04/21/2025 | Contact Debtor (Text/Email): Retrieved needed documents from debtors old matter and added to new one for filing. Drafted email to debtor providing the list of information/documents needed for filing. | 0.20 | $100.00 | $20.00 |
| Service | BB | 04/22/2025 | Review and organize documents provided by debtor: Reviewed three emails from debtor providing tax statement and requested mileage information for all but one vehicle as he expressed concerns for including that vehicle for his daughters credit. Debtor also stated he applied for an extension for 2024 tax season. Drafted emails to debtor requesting the 2024 extension document and the mileage on the vehicle he is concerned with and informed him I will make note of his concern. Reviewed and organized 2023 tax statement. | 0.30 | $100.00 | $30.00 |
| Service | BB | 04/23/2025 | Review email from debtor: Reviewed | 0.10 | $100.00 | $10.00 |

Invoice # 8086 - 07/14/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | email from debtor providing a screenshot for his tax extension approval. Drafted email to debtor stating we need the 4868 document. | | | |
| Service | BB | 04/28/2025 | Review email from debtor: Reviewed email from debtor inquiring after the remaining items on the list of needs for filing. Drafted email to debtor providing the updated list. | 0.10 | $100.00 | $10.00 |
| Service | BB | 04/30/2025 | Review and organize documents provided by debtor: Reviewed email from debtor providing the requested 204 tax extension document. Reviewed and organized. Drafted email to debtor requesting the list of pay and bank statements needed for filing. | 0.10 | $100.00 | $10.00 |
| Service | BB | 04/30/2025 | Review email from debtor: Reviewed email from debtor requesting a blank copy of a profit and loss page. Drafted email to debtor providing this. | 0.10 | $100.00 | $10.00 |
| Service | BB | 05/01/2025 | Review and organize documents provided by debtor: Reviewed 17 emails from debtor providing requested bank statements and pay stubs. Reviewed and organized. Drafted email to debtor providing the updated list of needs for filing. | 0.40 | $100.00 | $40.00 |
| Service | BB | 05/01/2025 | Review and organize documents provided by debtor: Reviewed three emails from debtor providing links to venmo that did not work. Drafted email to debtor informing him. Reviewed ten more emails from debtor providing more requested bank and pay statements. Reviewed, converted to pdf, merged, and organized. Drafted email to debtor providing updated list of needs for filing. | 0.40 | $100.00 | $40.00 |
| Service | BB | 05/02/2025 | Review and organize documents provided by debtor: Reviewed two emails from debtor providing the remaining pay stubs requested and inquired what else is needed. Reviewed and organized pay stubs and drafted email to debtor providing the updated list. | 0.30 | $100.00 | $30.00 |
| Service | BB | 05/02/2025 | Review email from debtor: Reviewed email from debtor providing requested | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | information for provided pay stubs. Organized information. Drafted email to debtor providing up to date list of needs for filing. | | | |
| Service | BB | 05/02/2025 | Review email from debtor: Reviewed email from debtor stating he will provide the documents and inquired if that will be all that is needed. Informed the debtor once we have the information the attorney will begin on his file and they may or may not have additional needs. | 0.10 | $100.00 | $10.00 |
| Service | BB | 05/06/2025 | Review and organize documents provided by debtor: Reviewed eight emails from debtor providing missing profit/loss statements and pay information. Reviewed and organized all information. Drafted email to debtor with updated list of needs for filing. | 0.30 | $100.00 | $30.00 |
| Service | BB | 05/06/2025 | Review email from debtor: Reviewed email from debtor stating his contract pay is always a month behind. Drafted email to debtor informing him I am sending his file to the attorney. Assigned input task list. | 0.10 | $100.00 | $10.00 |
| Service | BM | 05/07/2025 | Input Case - prepare petition, add debts in information packet not on credit report. Reviewed prior case on NDC to collect amounts owed for secured debts. Began preparation of Schedule A/B, SOFA, Schedule I/J, Form 122 | 1.00 | $155.00 | $155.00 |
| Service | BM | 05/07/2025 | Contact Debtor (Text/Email): Drafted email to debtor requesting 2024 gross income for the business and spouse's 4/25 pay stub | 0.10 | $155.00 | $15.50 |
| Service | BM | 05/08/2025 | Review and organize documents provided by debtor: 2024 business W2 and spouses 4/25 paystub | 0.10 | $155.00 | $15.50 |
| Service | BM | 05/08/2025 | Input Case-continued preparation of Schedule I/J | 0.50 | $155.00 | $77.50 |
| Service | BB | 05/08/2025 | Contact Debtor (Text/Email): Drafted email to debtor sending them the matrix to confirm their creditors. | 0.10 | $100.00 | $10.00 |
| Service | BB | 05/08/2025 | Contact Debtor (Text/Email): Drafted text to debtor requesting emergency contact information. | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | VM | 05/09/2025 | Reviewed text from debtor with emergency contact information. Organized in debtors file. | 0.10 | $100.00 | $10.00 |
| Service | BB | 05/12/2025 | Review email from debtor: Reviewed email from debtor inquiring why his daughters name is on the matrix and stated he does not want his daughters vehicle included. Drafted email to BM to confirm the reason his daughters name is on the matrix. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 05/12/2025 | Review for money in trust | 0.10 | $275.00 | $27.50 |
| Service | JAC | 05/12/2025 | Input Case - review & revise drafted petition, schedules prepared by bm. Update treatment on secured debts | 0.30 | $275.00 | $82.50 |
| Service | BM | 05/12/2025 | Contact Debtor (Text/Email): Drafted email to debtor requesting him to review his accounts receivable/ earned commissions and to update us with any changes. Also inquired if the wages listed on his profit/loss statements included what he pays himself | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/13/2025 | Incoming Call: Telephone call from debtor informing his Ford was repossessed this morning; discussed that Ford told him that his other vehicles are up for repo, too; reviewed case file and informed that BM is working on inputting the case but it would be best for him to speak with her when she comes in; he inquired about getting a stay to avoid repossession of his other vehicles; discussed the process of retrieving the vehicle once the case is filed; he asked about paying extra to file today; informed him I would have BM to call him; drafted chat memo to BM provided debtor's phone number. | 0.30 | $155.00 | $46.50 |
| Service | BM | 05/13/2025 | Call Debtor: Call to debtor to confirm what vehicle was repossessed, 2020 Ford Expedition. Addressed all questions debtor had about next steps to getting their vehicle back | 0.20 | $155.00 | $31.00 |
| Service | BB | 05/13/2025 | Contact Debtor (Text/Email): Drafted email to debtor requesting he file his 2024 tax documents as soon as possible and provide them to us. | 0.10 | $100.00 | $10.00 |
| Service | BM | 05/13/2025 | Call from debtor with a variety of | 0.30 | $155.00 | $46.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | questions. When will their case be filed, when are their other vehicles safe from repossession, why is his daughter listed on the matrix, how soon will they have their case number. Addressed all questions and concerns | | | |
| Service | KR | 05/13/2025 | Incoming Call: Telephone conference with debtor requesting an update on the filing process | 0.10 | $155.00 | $15.50 |
| Service | BM | 05/13/2025 | Contact Debtor (Text/Email): Received message from debtor asking for an update on his case being filed. Texted debtor informing him that I do not have an update yet and will be in touch as soon as I do. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 05/13/2025 | Input Case - calculate income for mt, i/j. prepare i/j, calculate plan pmt | 0.50 | $275.00 | $137.50 |
| Service | JAC | 05/14/2025 | draft Document: Ext_Stay_Dec-Joint.docx | 0.20 | $275.00 | $55.00 |
| Service | JAC | 05/14/2025 | prepare signing docs | 0.20 | $275.00 | $55.00 |
| Service | TR | 05/14/2025 | Conference w/ client to review and revise petition, schedules, statements and plan - discuss duties while in bankruptcy | 0.50 | $275.00 | $137.50 |
| Service | JAC | 05/14/2025 | Update schedule B & SOFA per signing appt notes, prepare & send final bk to ∆s to review & sign | 0.20 | $275.00 | $55.00 |
| Service | JAC | 05/14/2025 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court.: Case is Ready to File | 0.40 | $275.00 | $110.00 |
| Service | BB | 05/14/2025 | Contact Debtor (Text/Email): Drafted text to debtor informing them of their case number and advising them to continue sending in pay stubs and bank statements until told otherwise. | 0.10 | $100.00 | $10.00 |
| Service | BB | 05/14/2025 | Call Debtor: Phone conference with creditor informing them of the bankruptcy case. Answered creditors questions and they stated they are sending the information to that department do they can start working on the release of the vehicle. Drafted text to debtor informing him of the current information. | 0.60 | $100.00 | $60.00 |

Invoice # 8086 - 07/14/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | BB | 05/14/2025 | Contact Debtor (Text/Email): Drafted and reviewed several texts with debtor retrieving the phone number and information for his contact at the repposession lot. | 0.10 | $100.00 | $10.00 |
| Service | JC | 05/15/2025 | Contact Debtor (Text/Email): Prepared Declaration in Support for debtors' signatures; drafted e-mail via Clio e-sign to obtain debtors' signatures on same; drafted text message to debtors to inform an e-mail was sent. | 0.10 | $155.00 | $15.50 |
| Service | BB | 05/15/2025 | Contact Debtor (Text/Email): Reviewed plan to determine plan payment; drafted email to debtor informing them of their plan payment and information on what to do/expect after filing.<br><br>Drafted email to debtor informing them of their case number and sending them a yellow page. | 0.10 | $100.00 | $10.00 |
| Service | BB | 05/15/2025 | Phone conference with creditor requesting proof of insurance for repossessed vehicle. Requested creditors fax number. Drafted fax to creditor providing the proof of insurance. Creditor stated they will contact me once the debtor is able to pick up the vehicle. | 0.30 | $100.00 | $30.00 |
| Service | JC | 05/16/2025 | Reviewed Declaration in Support executed by debtors received via e-mail from Clio e-sign; revised through Best Case with e-signatures and date executed; drafted Motion to Extend Stay; drafted memo to JAC attaching both for her approval. | 0.20 | $155.00 | $31.00 |
| Service | BB | 05/16/2025 | Call Debtor: Phone conference with creditor stating they contacted the debtor to inform them to arrange the pickup for the vehicle. Attempted phone conference with debtor which resulted in no answer. Drafted text to debtor inquiring if they arranged the pickup. | 0.30 | $100.00 | $30.00 |
| Service | JAC | 05/16/2025 | review & approve drafted m ext stay | 0.10 | $275.00 | $27.50 |
| Service | BB | 05/16/2025 | Contact Debtor (Text/Email): Reviewed and drafted several texts with debtor discovering the creditor contacted them, they scheduled the | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | pickup for the vehicle, and the vehicle is now in their possession. | | | |
| Service | JC | 05/16/2025 | Reviewed memo from JAC approving Motion to Extend and proposed Order; prepared for filing with the Court; prepared Declaration in Support for filing with the Court. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 05/20/2025 | Review: 25-50713-KMS Hearing Set - Bankruptcy Document# 12 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 05/20/2025 | Review: 25-50713-KMS Meeting of Creditors Chapter 13 Document# 13 | 0.20 | $275.00 | $55.00 |
| Service | BB | 05/20/2025 | Contact Debtor (Text/Email): Drafted text to debtor providing the date and time for their meeting of creditors and stating it will be held at our office unless other arrangements need to be made. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 05/21/2025 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4, research registered agents for notice | 0.30 | $275.00 | $82.50 |
| Service | JC | 05/21/2025 | Reviewed Notice of Filing and Plan; combined Notice and Plan to one pdf and converted to format in preparation for upload to CertificateofService.com adding names and addresses for 4 additional notice parties. | 0.20 | $0.00 | $0.00 |
| Service | BB | 05/21/2025 | Review and respond to email memo: Reviewed email memo from VM providing a letter from Portfolio Recovery requesting proof of insurance. Drafted email memo to JC informing her. | 0.10 | $100.00 | $10.00 |
| Service | BB | 05/21/2025 | Contact Debtor (Text/Email): Reviewed text from debtor stating they would like to attend their meeting by zoom. Drafted text to debtor inquiring if they would like to attend a practice zoom. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 05/21/2025 | Review: 25-50713-KMS Order Upon Debtor Directing Payments to Trustee Document# 14 | 0.10 | $275.00 | $27.50 |
| Service | JC | 05/22/2025 | Reviewed Declaration of Mailing Notice of Plan received from CertificateofService.com and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | BM | 05/22/2025 | Call Debtor: Call debtor to confirm if they need a practice zoom or not. Debtor said they use zoom daily for work and said they feel comfortable enough for the day of their 341. Reminded debtor we will send him a reminder text with the zoom link the day before | 0.10 | $155.00 | $15.50 |
| Service | BB | 05/27/2025 | Contact Debtor (Text/Email): Reviewed Best Case and gathered the filed Payment order. Drafted email to debtor including their direct payment order and TFS directions informing them of when their first payment is due. | 0.10 | $100.00 | $10.00 |
| Service | BB | 05/27/2025 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed schedules and statements for sources of income and financial accounts. Reviewed and organized all bank statements, taxes, ID, and pay into Trustee documents file. Created list of missing documents needed for the Trustee. Drafted email to debtor with list of needed documents. | 0.60 | $100.00 | $60.00 |
| Service | BB | 05/28/2025 | Review and organize documents provided by debtor: Reviewed five emails with 18 screenshots of requested bank statements. Reviewed, converted to pdf, merged, and organized. Drafted email to debtor providing the updated list of needs. | 0.50 | $100.00 | $50.00 |
| Service | JAC | 05/29/2025 | Review: 25-50713-KMS Notice of Appearance Document# 19 | 0.10 | $275.00 | $27.50 |
| Service | BB | 05/30/2025 | Review and organize documents provided by debtor: Reviewed email from debtor providing up to date venmo screenshot. Reviewed, converted to pdf, merged, and organized. Drafted message to debtor requsting pay statements by end of business today. | 0.10 | $100.00 | $10.00 |
| Service | BB | 06/02/2025 | Contact Debtor (Text/Email): Drafted email to debtor requesting up to date pay stubs by end of business today. | 0.10 | $100.00 | $10.00 |
| Service | BB | 06/02/2025 | Review and organize documents provided by debtor: Reviewed email from debtor providing requested | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | insurance page. Drafted fax for creditor providing the proof of insurance. | | | |
| Service | BB | 06/02/2025 | Review and organize documents provided by debtor: Reviewed two emails from debtor providing four missing pay stubs and inquired if that is all that is needed. Reviewed merged, and organized stubs. Discovered there is a pay period missing. Drafted email to debtor requesting the pay stub and informing him we still require the pay stub from his school. | 0.30 | $100.00 | $30.00 |
| Service | BB | 06/02/2025 | Review and organize documents provided by debtor: Reviewed email from debtor providing requested school pay stub. Reviewed, merged, and organized. | 0.10 | $100.00 | $10.00 |
| Service | BB | 06/03/2025 | Review and organize documents provided by debtor: Drafted Trustee cover letter for Trustee documents. Organized all documents for mailing. Drafted email to SA providing documents for mailing. Drafted email to Trustee's office providing ID and SSC. | 0.30 | $100.00 | $30.00 |
| Service | JC | 06/03/2025 | Reviewed Certified Mail Receipt Sheffield Finance received via US Mail. | 0.10 | $0.00 | $0.00 |
| Service | JC | 06/04/2025 | Drafted certificate of compliance re: payment advices sent to Trustee, and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 06/05/2025 | Review: 25-50713-KMS Order on Motion to Extend Automatic Stay Document# 22 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 06/05/2025 | Review: 25-50713-KMS Minute Entry (CHAP) Document# 21 | 0.10 | $275.00 | $27.50 |
| Service | BB | 06/06/2025 | Review email from debtor: Reviewed email from debtor inquiring if we have all documents needed for the Trustee. Informed the debtor we had to mail the documents we have before we received the final missing check stub and if the Trustee requires it he will inform us to provide it. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 06/06/2025 | Review: 25-50713-KMS Notice of Mortgage Payment Change (No | 0.10 | $275.00 | $27.50 |

Invoice # 8086 - 07/14/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Claim Filed) Document# 23 | | | |
| Service | JC | 06/09/2025 | Reviewed Certified Mail Receipt Chase Auto Finance. | 0.10 | $0.00 | $0.00 |
| Service | BB | 06/12/2025 | Contact Debtor (Text/Email): Reviewed best case for debtors Trustee for the link for their meeting of creditors. Drafted courtesy reminder text with the meeting information to both debtors for their meeting of creditors zoom for tomorrow. | 0.10 | $100.00 | $10.00 |
| Service | TR | 06/13/2025 | Attend 341 | 0.50 | $275.00 | $137.50 |
| Service | JAC | 06/25/2025 | Review: 25-50713-KMS Notice of Mortgage Payment Change Document# 25 | 0.10 | $275.00 | $27.50 |
| Service | TR | 06/28/2025 | Review and revise itemizations | 0.30 | $275.00 | $82.50 |
| Service | JAC | 07/07/2025 | Review: 24-50343-KMS Chapter 13 Trustee Final Report and Account (batch) Document# 75 | 0.10 | $275.00 | $27.50 |
| Service | JC | 07/14/2025 | Reviewed activities in case; began drafting 1st Application for Compensation, Notice, Affidavit, and proposed Order; created draft invoice and gathered information to obtain cost of mailing estimate. | 0.30 | $155.00 | $46.50 |
| | | | | **Services Subtotal** | | **$2,671.50** |

**Expenses**

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 05/14/2025 | Credit Report | 2.00 | $45.00 | $90.00 |
| Expense | 05/14/2025 | Credit Counseling | 1.00 | $20.00 | $20.00 |
| Expense | 05/14/2025 | Chapter 13 Filing Fee | 1.00 | $313.00 | $313.00 |
| Expense | 05/21/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $78.53 | $78.53 |
| Expense | 06/03/2025 | Postage - Docs to Trustee: Mailed Trustee Required documents to Trustee Cuntz | 1.00 | $4.01 | $4.01 |
| Expense | 07/14/2025 | Mailing Expense - Fee Application: Mailing Expense - 1st Fee Application Estimate | 1.00 | $68.88 | $68.88 |
| | | | **Expenses Subtotal** | | **$574.42** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|

Invoice # 8086 - 07/14/2025

| | | | | |
|---|---|---:|---:|---:|
| Jennifer Curry Calvillo | Attorney | 3.3 | $275.00 | $907.50 |
| Thomas Rollins | Attorney | 1.3 | $275.00 | $357.50 |
| Brooke Brueland | Non-Attorney | 7.3 | $100.00 | $730.00 |
| Jacki Curry | Non-Attorney | 1.3 | $155.00 | $201.50 |
| Jacki Curry | Non-Attorney | 0.4 | $0.00 | $0.00 |
| Vanessa Martinez | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Breanne McDaniel | Non-Attorney | 2.9 | $155.00 | $449.50 |
| Kerri Rodabough | Non-Attorney | 0.1 | $155.00 | $15.50 |
| | | | **Subtotal** | **$3,245.92** |
| | | | **Total** | **$3,245.92** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---:|---:|---:|
| 8086 | 08/13/2025 | $3,245.92 | $0.00 | $3,245.92 |
| | | | **Outstanding Balance** | **$3,245.92** |
| | | | **Total Amount Outstanding** | **$3,245.92** |

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1** How many PAGES are in the document(s) you intend to upload?   `5`   pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2** How many parties will be receiving your documents?   `41`   parties
This is another way of asking how many envelopes will we have to stuff?

**3** We will print on both sides of the sheet.   `2`
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4** We will print your documents 1 page per side.   `1`

**Disclaimer & User Agreement:**

> By clicking on the 'Get Estimate' button below, you (hereafter "User") agree to the following terms and conditions. This quote is for estimation purposes and is not a guarantee of cost for services. Quote is based on current information from User about the mailing project requirements. It does not constitute a review by BK Attorney Services, LLC for pricing on the actual cost of mailing a particular project. Many factors may or may not be known at the time of obtaining the estimate. Changes in addresses, changes in documents, international mail costs and other factors all influence the

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|  |  |  |
|---|---|---|
|  | 102.5 |  |
| Date and Time: | Mon Jul 14 2025 08:14:31 GMT-0500 (Central Daylight Time) |  |
| Total Pages to Print: | 205 |  |
| Sheets Per Envelope | 2.5 |  |
| First Class Postage Rate | $ 0.73 |  |
| Print Rate: | $ 0.19 |  |
| Printing Cost: | $ | 38.95 |
| Postage Cost: | $ | 29.93 |
| Total Cost: | $ | 68.88 |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED