## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

| | |
|---|---|
| RODNEY JOSEPH DYESS AND CANDACE JANETTE DYESS, | CASE NO. 25-50713-KMS |
| *Debtors.* | CHAPTER 13 |

To:   Karen Maxcy, Esq.

### Notice to File Corporate Ownership Statement

On July 25, 2025 you filed an Objection to Confirmation (Dkt. #28) on behalf of U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 202-R1 (the "Objecting Party") in the above-referenced case. Pursuant to Miss. Bankr. L.R. 9014-1(c)(1) any corporation (including a general partnership, limited partnership, joint venture, or limited liability company), other than a governmental unit, that is a party to a contested matter shall file a Corporate Ownership Statement containing the information described in Fed. R. Bankr. Rule 7007.1.[1]

**Therefore,** on or before **July 31, 2025** the Objecting Party must file the required Statement[2]. Failure to file a Corporate Ownership Statement may result in a hearing to show cause why sanctions should not be imposed for failure to comply with Miss. Bankr. L.R. 9014-1(c)(1).

Dated: July 29, 2025

Danny L. Miller, Clerk of Court
Thad Cochran U. S. Courthouse
501 E Court St Ste 2.300
Jackson, MS 39201
601-608-4600

---

[1] Rule 7007.1 requires that the statement identify any parent corporation and any publicly held corporation that owns 10% or more of stock or states that there is no such corporation.
[2] Corporate Ownership Statement (Local Form MSSB-7007.1-Bk) is available on the court's website www.mssb.uscourts.gov.

(Rev. 12/05/2023)