**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

IN RE   RODNEY JOSEPH DYESS and            CHAPTER 13
        CANDACE JANETTE DYESS              Case No. 25-50713-KMS

**TRUSTEE'S MOTION TO DISMISS DEBTOR, RODNEY JOSEPH DYESS**

COMES NOW the Chapter 13 Trustee, by and through undersigned counsel, and files this Motion to Dismiss Debtor, Rodney Joseph Dyess, and in support hereof, would show unto this Honorable Court the following, to-wit:

**1.**

This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334.  This is a core proceeding pursuant to 28 U.S.C. §157(b).

**2.**

The Debtors filed for relief under Chapter 13 on May 14th, 2025.  Debtors' §341 was held June 13th, 2025.

**3.**

On June 17th, 2025, the Internal Revenue Service filed proof of claim no. 22-1. The claim reflects an unfiled 2024 federal income tax return for Debtor, Rodney Joseph Dyess.

**4.**

Based upon the foregoing, the Trustee moves to dismiss Debtor, Rodney Joseph Dyess from this case in accordance with 11 U.S.C. §1307(e).

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that this Motion to Dismiss be received and filed and that an order be entered dismissing Rodney Joseph Dyess from the instant Chapter 13 case, and prays for such other, further, and general relief to which the Trustee may be entitled.

DATED, this the  4th  day of   August   2025.

Respectfully submitted,

s/ _____
PHILLIP BRENT DUNNAWAY
MS Bar No. 100443

2

## CERTIFICATE OF SERVICE

I, PHILLIP BRENT DUNNAWAY, Attorney for the Chapter 13 Trustee, do hereby certify that I have served electronically, a true and correct copy of the above and foregoing Trustee's Motion to Dismiss to:

David Asbach, Esq., United States Trustee            USTPRegion05.JA.ECF@usdoj.gov

T.C. Rollins, Esq., Attorney for Debtors             trollins@therollinsfirm.com

DATED this the __4th__ day of __August__ 2025.

/s/ _____
PHILLIP BRENT DUNNAWAY
MS Bar No. 100443

Phillip Brent Dunnaway, Esq.
Attorney for Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505-3749

2