# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50713  **Case Name:** Rodney Joseph Dyess and Candace Janette Dyess

**Set:** 08/07/2025 10:00 am  **Chapter:** 13  **Type:** bk  **Judge:** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by U.S. Bank NA (Dkt. #28) - AGREED ORDER TO BE SUBMITTED BY ELIZABETH PARROTT; CALLED IN BY PARROTT

---

Minute Entry Re: (related document(s): [13] Confirmation Hearing) Elizabeth Parrott to submit an Agreed Order on the Objection filed by U.S. Bank NA [28]. Order due by 08/21/2025. Confirmation hearing removed. (mcc)