

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 8, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT OFFICE DIVISION

| | |
|---|---|
| IN RE: | BANKRUPTCY CASE<br>CASE NO. 25-50713-KMS |
| RODNEY JOSEPH DYESS,<br>& CANDACE JANETTE DYESS, | |
| DEBTORS | CHAPTER 13 |

AGREED ORDER RESOLVING
OBJECTION TO CONFIRMATION [DOCKET #28]

The Objection to Confirmation filed July 25, 2025, by U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2020-R1 [Docket #28] (herein, the Creditor), having been set by the Court for hearing on August 7, 2025, regarding the secured property located at 648 Henley Field Mcneill, Carriere, MS 39426 (herein, the Property), and the Court having been advised the parties have reached an agreement, it is hereby

ORDERED that Creditor's secured arrearage claim in the amount of $17,640.85 shall be allowed and will be paid through Debtors' Plan. Ongoing post-petition mortgage payments to Creditor will be paid through the Plan at the monthly payment amount of $1,764.28 beginning June 2025.

IT IS FURTHER ORDERED that Debtors' Chapter 13 Plan shall hereby be amended consistent with this Order, and the Trustee shall be allowed to amend Debtors' Wage Order as necessary.

##END OF ORDER##

Prepared and submitted by:

*/s/Elizabeth Parrott*
Elizabeth Parrott MS Bar No. 103817
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, GA 30076
Office: +1 (678) 277-4911 / Ext.14911
Mobile: +1 (678) 277-4911
Elizabeth.Parrott@mccalla.com
**Attorney for U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2020-R1**

Approved:

*/s/Thomas Carl Rollins, Jr with express permission by Elizabeth Parrott*
Thomas Carl Rollins, Jr
for RODNEY JOSEPH DYESS, CANDACE JANETTE DYESS,

*/s/Phillip Brent Dunnaway with express permission by Elizabeth Parrott*
Phillip Brent Dunnaway, Esq
Attorney for Chapter 13 Trustee
Warren A. Cuntz T1, Jr.