United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-50713-KMS
Rodney Joseph Dyess  Chapter 13
Candace Janette Dyess
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Aug 08, 2025     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2025:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Rodney Joseph Dyess, Candace Janette Dyess, 648 Henley Field McNeill Rd, Carriere, MS 39426-8521

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2025 at the address(es) listed below:

**Name**     **Email Address**

Elizabeth Halsey Parrott
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2020-R1 Elizabeth.Parrott@mccalla.com, mccallaecf@ecf.courtdrive.com

Karen A. Maxcy
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2020-R1 karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com

Phillip Brent Dunnaway
    on behalf of Trustee Warren A. Cuntz T1  Jr. pdunnaway@gport13.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Rodney Joseph Dyess trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Aug 08, 2025 | Form ID: pdf012 | Total Noticed: 1 |

Thomas Carl Rollins, Jr
    on behalf of Joint Debtor Candace Janette Dyess trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.
    wcuntzcourt@gport13.com  waccourt1@gmail.com

TOTAL: 7



**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 8, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT OFFICE DIVISION

IN RE:                                                                          BANKRUPTCY CASE
                                                                                CASE NO. 25-50713-KMS

RODNEY JOSEPH DYESS,
& CANDACE JANETTE DYESS,

DEBTORS                                                                         CHAPTER 13

AGREED ORDER RESOLVING
OBJECTION TO CONFIRMATION [DOCKET #28]

The Objection to Confirmation filed July 25, 2025, by U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2020-R1 [Docket #28] (herein, the Creditor), having been set by the Court for hearing on August 7, 2025, regarding the secured property located at 648 Henley Field Mcneill, Carriere, MS 39426 (herein, the Property), and the Court having been advised the parties have reached an agreement, it is hereby

ORDERED that Creditor's secured arrearage claim in the amount of $17,640.85 shall be allowed and will be paid through Debtors' Plan. Ongoing post-petition mortgage payments to Creditor will be paid through the Plan at the monthly payment amount of $1,764.28 beginning June 2025.

IT IS FURTHER ORDERED that Debtors' Chapter 13 Plan shall hereby be amended consistent with this Order, and the Trustee shall be allowed to amend Debtors' Wage Order as necessary.

##END OF ORDER##

Prepared and submitted by:

<u>/s/Elizabeth Parrott</u>
Elizabeth Parrott MS Bar No. 103817
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, GA 30076
Office: +1 (678) 277-4911 / Ext.14911
Mobile: +1 (678) 277-4911
Elizabeth.Parrott@mccalla.com
**Attorney for U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2020-R1**

Approved:


<u>/s/Thomas Carl Rollins, Jr with express permission by Elizabeth Parrott</u>
Thomas Carl Rollins, Jr
for RODNEY JOSEPH DYESS, CANDACE JANETTE DYESS,



<u>/s/Phillip Brent Dunnaway with express permission by Elizabeth Parrott</u>
Phillip Brent Dunnaway, Esq
Attorney for Chapter 13 Trustee
Warren A. Cuntz T1, Jr.