IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Rodney Joseph Dyess                                             Case No. 25-50713-KMS
         Candace Janette Dyess, Debtors                                  CHAPTER 13

### RESPONSE

COME NOW, Debtors, by and through counsel, and respond to Trustee's Motion to Dismiss (dk #33) as follows:

1. Debtors commenced this case on 05/14/2025 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtors filed an extension for their 2024 taxes. A copy of the extension was provided to the Trustee's office prior to the §341 Meeting of Creditors.

3. The extension extends the deadline to file taxes until October 15, 2025. As such, Debtors' 2024 taxes are not yet due.

WHEREFORE, Debtor prays for an Order denying the Motion and for such additional or alternative relief as may be just and proper.

                                        Respectfully submitted,

By:   /s/ Thomas C. Rollins, Jr.
       Thomas C. Rollins, Jr. (MSBN 103469)
       Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was forwarded on August 13, 2025, to:

By Electronic CM/ECF Notice:

    Warren Cuntz

    U.S. Trustee

                                      /s/ Thomas C. Rollins, Jr.
                                      Thomas C. Rollins, Jr.