# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50713        **Case Name:** Rodney Joseph Dyess and Candace Janette Dyess

**Set:** 09/04/2025 10:00 am    **Chapter:** 13    **Type:** bk    **Judge:** Katharine M. Samson

**matter**   Motion to Dismiss Debtor Rodney Joseph Dyess for Failure to File 2024 Federal Tax Return Filed by Trustee Warren A. Cuntz T1 Jr.  (Dkt. #33)

Response filed by the Debtors (Dkt. #44)

Corrected Minute Entry Re: (related document(s): [33] Motion to Dismiss Debtor filed by Warren A. Cuntz T1) Appearance: Phillip Brent Dunnaway, Jennifer Curry Calvillo. Motion is held in abeyance until 10-16-25. Dunnaway to contact court regarding status of tax returns. Tickle for date: 10/16/2025. (cwe)