

**SO ORDERED,**

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: September 23, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

IN RE: RODNEY JOSEPH DYESS and      CHAPTER 13
CANDACE JANETTE DYESS     Case No. 25-50713-KMS

### AGREED ORDER WITHDRAWING TRUSTEE'S MOTION TO DISMISS DEBTOR, RODNEY JOSEPH DYESS (DKT. 33)

THIS MATTER came on for hearing on September 4th, 2025, at 10:00 a.m. on the Chapter 13 Trustee's Motion to Dismiss Debtor, Rodney Joseph Dyess (Dkt. 33), with Response thereto filed by the Debtor (Dkt. 44), and following hearing reset, the Court has been advised that the Trustee requests that his motion be deemed moot and withdrawn, based upon the IRS amending its proof of claim to reflect that Mr. Dyess's federal income tax return for 2024 has now been filed, orders as follows:

IT IS THEREFORE ORDERED that the Trustee's Motion to Dismiss Debtor, Rodney Joseph Dyess (Dkt. 33) is hereby deemed moot and withdrawn.

##END OF ORDER##

Agreed Order Submitted by:

Phillip Brent Dunnaway, Esq.
Attorney for Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505-3749

Approved:

/s/ T. C. Rollins, Esq., w/permission PBD

T.C. Rollins, Esq.
Attorney for Debtors
P.O. Box 13767
Jackson, MS 39236