United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-50713-KMS
Rodney Joseph Dyess     Chapter 13
Candace Janette Dyess
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 4
Date Rcvd: Sep 23, 2025     Form ID: n031     Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rodney Joseph Dyess, Candace Janette Dyess, 648 Henley Field McNeill Rd, Carriere, MS 39426-8521 |
| 5511171 | + | Halie Dyess, 831 Cedar Lake Rd, Biloxi, MS 39532-4619 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 23 2025 19:39:34 | Ford Motor Credit Company LLC, c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Sep 23 2025 19:30:00 | U.S. Bank National Association, not in its individ, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076, UNITED STATES |
| 5511156 | + | Email/Text: Bankruptcy@ICSystem.com | Sep 23 2025 19:30:00 | AES, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 5511157 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 23 2025 19:39:35 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5511387 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 23 2025 19:39:34 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5511158 | + | Email/PDF: bncnotices@becket-lee.com | Sep 23 2025 19:39:37 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 5526820 | | Email/PDF: bncnotices@becket-lee.com | Sep 23 2025 19:39:34 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5511159 | + | Email/Text: znotice@bankplus.net | Sep 23 2025 19:30:00 | BankPlus, 1068 Highland Colony Parkway, Ste 200, Ridgeland, MS 39157-8807 |
| 5511160 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 23 2025 19:39:30 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5516966 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 23 2025 19:39:31 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5525088 | | Email/Text: mrdiscen@discover.com | Sep 23 2025 19:30:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 5511161 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 23 2025 19:39:37 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 5511162 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 23 2025 19:39:34 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 5511163 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 23, 2025 | Form ID: n031 | Total Noticed: 55 |

| Recip ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5511164 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 23 2025 19:39:32 | Citi Card/Best Buy, Po Box 790040, St Louis, MO 63179-0040 |
| | | | Sep 23 2025 19:39:32 | Citibank, Po Box 790040, St Louis, MO 63179-0040 |
| 5511172 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 23 2025 19:30:00 | Department of Treasury - Internal Revenue Service, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5523094 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 23 2025 19:39:31 | Directv, LLC, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5511165 | + | Email/Text: mrdiscen@discover.com | Sep 23 2025 19:30:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5511166 | | Email/Text: ECF@fayservicing.com | Sep 23 2025 19:30:00 | Fay Servicing Llc, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680 |
| 5511168 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 23 2025 19:30:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 5511167 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 23 2025 19:39:38 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 5544603 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 23 2025 19:39:37 | Ford Motor Credit Company LLC,, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5511169 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 23 2025 19:30:00 | Genesis FS, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5511170 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 23 2025 19:30:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5511173 | + | Email/Text: ebone.woods@usdoj.gov | Sep 23 2025 19:30:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5532899 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 23 2025 19:30:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5527699 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 23 2025 19:39:31 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 5511174 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 23 2025 19:30:00 | Jefferson Capital, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 5515758 | + | Email/Text: BankruptcyECFMail@mccalla.com | Sep 23 2025 19:30:00 | Karen A. Maxcy, Esq., McCalla Raymer Leibert Pierce, LLC, US Bank NA not in its individual capacit, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 5511175 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 23 2025 19:39:30 | Kohls/Capital One, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5511426 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 23 2025 19:39:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5511176 | + | Email/Text: EBNBKNOT@ford.com | Sep 23 2025 19:30:00 | Lincoln Automotive Fin, Attn: Bankrutcy, Po Box 54200, Omaha, NE 68154-8000 |
| 5511177 | + | Email/Text: EBNBKNOT@ford.com | Sep 23 2025 19:30:00 | Lincoln Automotive Fin, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 5511365 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 23 2025 19:39:31 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5511178 | + | Email/Text: Mercury@ebn.phinsolutions.com | Sep 23 2025 19:30:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 5511179 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 23 2025 19:39:34 | Merrick Bank, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 5533434 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 23 2025 19:30:00 | Midland Credit Management, Inc., PO Box 2037, |

| District/off: 0538-6 | User: mssbad | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 23, 2025 | Form ID: n031 | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| | | | | Warren, MI 48090-2037 |
| 5511180 | + | Email/PDF: cbp@omf.com | Sep 23 2025 19:39:31 | One Main Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5528109 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 23 2025 19:39:37 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5511181 | + | Email/Text: Contact@PersonifyFinancial.com | Sep 23 2025 19:30:00 | Personify Financial, Attn: Bankruptcy, Po Box 208417, Dallas, TX 75320-8417 |
| 5512899 | | Email/Text: bnc-quantum@quantum3group.com | Sep 23 2025 19:30:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5512900 | | Email/Text: bnc-quantum@quantum3group.com | Sep 23 2025 19:30:00 | Quantum3 Group LLC as agent for, AXIOM ACQUISITION VENTURES LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5512902 | | Email/Text: bnc-quantum@quantum3group.com | Sep 23 2025 19:30:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5511182 | | Email/Text: bankruptcy@republicfinance.com | Sep 23 2025 19:30:00 | Republic Finance, 2415 Hwy 43 S, Picayune, MS 39466 |
| 5513601 | | Email/Text: bankruptcy@republicfinance.com | Sep 23 2025 19:30:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5521637 | | Email/Text: bankruptcy@springoakscapital.com | Sep 23 2025 19:30:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE VA 233271216 |
| 5511183 | + | Email/Text: bankruptcy@bbandt.com | Sep 23 2025 19:30:00 | Sheffield Financial, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-1078 |
| 5517813 | | Email/Text: bankruptcy@bbandt.com | Sep 23 2025 19:30:00 | Sheffield Financial, a division of Truist Bank, Sheffield Financial, Bankruptcy Section/100-50-01-51, PO Box 1847, Wilson, NC 27894-1847 |
| 5511184 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 23 2025 19:39:38 | Synchrony, Attn: Bankruptcy, PO Box 955060, Orlando, FL 32896-5060 |
| 5511185 | | Email/Text: bankruptcy@towerloan.com | Sep 23 2025 19:30:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5533331 | + | Email/Text: bankruptcy@towerloan.com | Sep 23 2025 19:30:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5535912 | ^ | MEBN | Sep 23 2025 19:27:14 | U.S. Bank National Association, not in its, individual capacity but solely in its, Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |
| 5511186 | ^ | MEBN | Sep 23 2025 19:27:32 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 53

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 4 of 4 |
| Date Rcvd: Sep 23, 2025 | Form ID: n031 | Total Noticed: 55 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2025                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2025 at the address(es) listed below:**

**Name**     **Email Address**

Elizabeth Halsey Parrott
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2020-R1 Elizabeth.Parrott@mccalla.com, mccallaecf@ecf.courtdrive.com

Karen A. Maxcy
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2020-R1 karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com

Michael J McCormick
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2020-R1 Michael.McCormick@mccalla.com, mccallaecf@ecf.courtdrive.com

Phillip Brent Dunnaway
    on behalf of Trustee Warren A. Cuntz T1  Jr. pdunnaway@gport13.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Rodney Joseph Dyess trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
    on behalf of Joint Debtor Candace Janette Dyess trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.
    wcuntzcourt@gport13.com  waccourt1@gmail.com

TOTAL: 8

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−50713−KMS
**Chapter:** 13

**In re:**

Rodney Joseph Dyess
aka Rodney J Dyess
648 Henley Field McNeill Rd
Carriere, MS 39426

Candace Janette Dyess
648 Henley Field McNeill Rd
Carriere, MS 39426

---

### Notice of Entry of Order Confirming Plan

The Court entered an Order on September 23, 2025 (Dkt. # 50 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: September 23, 2025

Danny L. Miller, Clerk of Court