United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-50713-KMS
Rodney Joseph Dyess     Chapter 13
Candace Janette Dyess
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Sep 23, 2025     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rodney Joseph Dyess, Candace Janette Dyess, 648 Henley Field McNeill Rd, Carriere, MS 39426-8521 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2025 at the address(es) listed below:

**Name**     **Email Address**

Elizabeth Halsey Parrott
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2020-R1 Elizabeth.Parrott@mccalla.com, mccallaecf@ecf.courtdrive.com

Karen A. Maxcy
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2020-R1 karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com

Michael J McCormick
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2020-R1 Michael.McCormick@mccalla.com, mccallaecf@ecf.courtdrive.com

Phillip Brent Dunnaway
    on behalf of Trustee Warren A. Cuntz T1  Jr. pdunnaway@gport13.com

Thomas Carl Rollins, Jr

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Sep 23, 2025 | Form ID: pdf012 | Total Noticed: 1 |

        on behalf of Debtor Rodney Joseph Dyess trollins@therollinsfirm.com
        jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

        on behalf of Joint Debtor Candace Janette Dyess trollins@therollinsfirm.com
        jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

        USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.

        wcuntzcourt@gport13.com   waccourt1@gmail.com

TOTAL: 8



SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: September 23, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: RODNEY JOSEPH DYESS and<br>CANDACE JANETTE DYESS | CHAPTER 13<br>Case No. 25-50713-KMS |

### AGREED ORDER WITHDRAWING TRUSTEE'S MOTION TO DISMISS DEBTOR, RODNEY JOSEPH DYESS (DKT. 33)

THIS MATTER came on for hearing on September 4th, 2025, at 10:00 a.m. on the Chapter 13 Trustee's Motion to Dismiss Debtor, Rodney Joseph Dyess (Dkt. 33), with Response thereto filed by the Debtor (Dkt. 44), and following hearing reset, the Court has been advised that the Trustee requests that his motion be deemed moot and withdrawn, based upon the IRS amending its proof of claim to reflect that Mr. Dyess's federal income tax return for 2024 has now been filed, orders as follows:

IT IS THEREFORE ORDERED that the Trustee's Motion to Dismiss Debtor, Rodney Joseph Dyess (Dkt. 33) is hereby deemed moot and withdrawn.

##END OF ORDER##

| Agreed Order Submitted by: | Approved: |
|---|---|
| Phillip Brent Dunnaway, Esq.<br>Attorney for Chapter 13 Trustee<br>P.O. Box 3749<br>Gulfport, MS 39505-3749 | /s/ T. C. Rollins, Esq., w/permission PBD<br>T.C. Rollins, Esq.<br>Attorney for Debtors<br>P.O. Box 13767<br>Jackson, MS 39236 |