**Fill in this information to identify the case:**

Debtor 1     Rodney Joseph Dyess

Debtor 2     Candace Janette Dyess
(Spouse, if filing)

United States Bankruptcy Court for the : Southern     District of   Mississippi
                                                                        (State)

Case number      25-50713-KMS

## Official Form 410S1
# Notice of Mortgage Payment Change       12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:**    U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2020-R1

**Court claim no.** (if known):    34

**Last four digits** of any number you use to identify the debtors' account:    XXXXXX4268

**Date of payment change:**
Must be at least 21 days after date of this notice    1/1/2026

**New total payment:**
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*    $1,694.63

---

| **Part 1:** | **Escrow Account Payment Adjustment** |
|---|---|

1. **Will there be a change in the debtors' escrow account payment?**

   ☒ No

   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.  Describe the basis for the change.  If a statement is not attached, explain why: _____

   Current escrow payment:    $_____      New escrow payment :    $_____

| **Part 2:** | **Mortgage Payment Adjustment** |
|---|---|

2. **Will the debtors' principal and interest payment change based on an adjustment to the interest rate in the debtors' variable-rate account?**

   ☐ No

   ☒ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.  If a notice is not attached, explain why: _____

   Current interest rate:    10.75000%      New interest rate:    10.37500%

   Current principal and interest payment:    $ 1,359.51      New principal and interest payment:    $ 1,317.91

| **Part 3:** | **Annual HELOC Notice** |
|---|---|

3. **Will there be a change in the debtors' home-equity line -of-credit (HELOC) payment for the year going forward??**

   ☒ No

   ☐ Yes.

   Current HELOC payment:    $_____

   Reconciliation amount:    + $_____

                           - $_____

| Debtor 1 | **Rodney Joseph Dyess** | Case number *(if known)* | 25-50713-KMS |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

**Amount of next payment (including reconciliation amount)**    $ _____

**Amount of the new payment thereafter (without reconciliation amount**    $ _____

---

**Part 4:    Other Payment Change**

4.  **Will there be a change in the debtors' mortgage payment for a reason not listed above?**

☒ No

☐ Yes  Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
    *(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

Current mortgage payment:    $ _____    New mortgage payment:    $ _____

---

**Part 5:    Sign Here**

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X   /s/Dane Exnowski _____    Date    12/03/2025 _____
    Signature

Print:    Dane _____ Exnowski _____    Title    Authorized Agent for Creditor _____
    First Name    Middle Name    Last Name

Company    McCalla Raymer Leibert Pierce, LLP _____

Address    1544 Old Alabama Road _____
    Number    Street
    Roswell _____ GA _____ 30076 _____
    City    State    ZIP Code

Contact phone    562-661-5060    Email    Dane.Exnowski@mccalla.com

|  | Bankruptcy Case No.: 25-50713-KMS |
|---|---|
| In Re: | Chapter:           13 |
| Rodney Joseph Dyess | Judge:             Katharine M. |
| Candace Janette Dyess |                    Samson |

## CERTIFICATE OF SERVICE

I, Dane  Exnowski, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Rodney Joseph Dyess
648 Henley Field McNeill Rd
Carriere, MS 39426

Candace Janette Dyess
648 Henley Field McNeill Rd
Carriere, MS 39426

Thomas Carl Rollins, Jr                *(Served via ECF at trollins@therollinsfirm.com)*
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Warren A. Cuntz T1, Jr.                *(Served via ECF at wcuntzcourt@gport13.com)*
P. O. Box 3749
Gulfport, MS 39505-3749

United States Trustee                *(Served via ECF at USTPRegion05.JA.ECF@usdoj.gov)*
501 East Court Street, Suite 6-430
Jackson, MS 39201

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   __12/04/2025__   By:   _/s/Dane  Exnowski_
                    (date)              Dane  Exnowski
                                        Authorized Agent for Creditor



1601 LBJ Freeway
Suite 150
Farmers Branch, TX 75234
**For Return Service Only**

Business Hours (Central Time)
8am-7pm Monday-Thursday, 8am-5pm
Friday, 9am-12pm Saturday, Operating
hours are Central Time
(800) 495-7166

CANDACE DYESS
648 HENLEYFIELD
CARRIERE, MS  39426-8521

Date: 11/04/2025

Loan Number:

Property Address:  648  HENLEY FIELD MCNEILL
CARRIERE, MS 39426

## Changes to Your Mortgage Interest and Payments on 12/01/2025

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a 6 month period during which your interest rate remained the same. That period ends on 12/01/2025 and as a result, your interest rate may change on that date. After that, your interest rate may change every 6 month(s) for the rest of your loan term. Any changes in your interest rate may also change your mortgage payment.

|  | Current Rate and Monthly Payment | New Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 10.75000% | 10.37500% |
| Principal | $46.29 | $50.90 |
| Interest | $1,313.22 | $1,267.01 |
| Escrow (Taxes & Insurance) | $376.72 | $376.72 |
| Total Monthly Payment | $1,736.23 | $1,694.63 due 01/01/2026 |

**Interest Rate:** We calculated your interest rate on your adjustable rate mortgage (ARM) by taking a published "index rate" and adding a certain number of percentage points, called the "margin", and taking into consideration any applicable rounding and interest rate caps. Under your loan agreement, your index rate is 4.21770% and your margin is 6.16000%. The FTSE USD IBOR CONS CASH FALLBACK 6-MONTH 1ST BUS is published monthly in the FTSE RUSSELL WEBSITE.

**Rate Limit(s):** Your interest rate will never be greater than 14.49000% or less than 8.49000% over the life of the loan. Your interest rate can increase or decrease on any single change date by no more than 1.00000%.

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new Monthly payment. These amounts are based on the FTSE USD IBOR CONS CASH FALLBACK 6-MONTH 1ST BUS index as of now, your margin, any applicable rate limitations as stated above, your loan balance of $146,546.07 and your remaining amortizing term of 378 months.

**Prepayment Penalty:** Not Applicable.

Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are: 8am-7pm Monday-Thursday, 8am-5pm Friday, 9am-12pm Saturday, Operating hours are Central Time. Call today: (800) 495-7166.

SL017

**If You Anticipate Problems Making Your Payments:**

- Contact Fay Servicing at (800) 495-7166 as soon as possible.
- If you seek an alternative to the upcoming changes to your interest rate and payment, the following options **may** be possible (most are subject to lender approval):
  - <u>Refinance your loan</u> with us or another lender;
  - <u>Sell your home</u> and use the proceeds to pay off your current loan;
  - <u>Modify your loan terms</u> with us;
  - <u>Payment forbearance</u> temporarily gives you more time to pay your monthly payment.
- If you would like contact information for counseling agencies or programs in your area, call the U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or visit <u>http://hud.gov/offices/hsg/sfh/hcc/hcs.cfm</u>. If you would like contact information for a State housing finance agency, visit the U.S. Consumer Financial Protection Bureau (CFPB) at <u>http://www.consumerfinance.gov/mortgagehelp/</u>.

ACH Debit Borrowers: If you have previously authorized Fay Servicing, LLC, to automatically debit your bank account each month for the amount of your monthly payment of principal, interest, and escrow (if applicable), please note the amount of your next ACH debit will be changed (increase/decrease) to reflect the amount of your new monthly payment as reflected herein. Fay Servicing, LLC, is authorized to debit your bank account each month until you provide written or oral notice to stop. Termination request must be received by Fay Servicing, LLC, at least three (3) business days prior to your next scheduled debit.

IF YOU ARE IN BANKRUPTCY, THIS IS NOT AN ATTEMPT TO COLLECT A DEBT. IF YOUR ACCOUNT WAS DISCHARGED IN BANKRUPTCY WITHOUT A REAFFIRMATION, YOUR SERVICER IS NOT ATTEMPTING TO COLLECT OR RECOVER THE DISCHARGED DEBT AS YOUR PERSONAL LIABILITY. INSTEAD, WE ARE PROVIDING THIS REQUIRED NOTICE THAT YOUR ADJUSTABLE RATE IS CHANGING.

AS A RESULT OF A BANKRUPTCY PROCEEDING, YOU MAY NOT BE PERSONALLY LIABLE FOR THE UNPAID PRINCIPAL BALANCE; HOWEVER, IF WE (AS BENEFICIARY OR BENEFICIARY'S AGENT) RETAIN A SECURITY LIEN ON THE REAL PROPERTY, IT IS SUBJECT TO FORECLOSURE IN ACCORDANCE WITH THE LAWS OF THE STATE WHERE LOCATED. IF YOU ARE NOT PERSONALLY LIABLE TO PAY THIS OBLIGATION BY REASON OF A BANKRUPTCY PROCEEDING, THIS IS NOT AN ATTEMPT TO COLLECT A DEBT, BUT IT IS INTENDED FOR INFORMATIONAL PURPOSES. QUESTIONS REGARDING YOUR BANKRUPTCY SHOULD BE MADE DIRECTLY TO YOUR ATTORNEY OR THE COURT APPOINTED TRUSTEE.

Please see additional Disclosures enclosed.

# DISCLOSURES

Federal law requires us to advise you that Fay Servicing, LLC (NMLS ID 88244) as the servicer of your loan, is responsible for collecting your payments; however, in some circumstances we may be acting as a debt collector, in those circumstances, this communication is from a debt collector attempting to collect a debt and any information obtained may be used for that purpose.

### CREDIT REPORTING
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

### IMPORTANT BANKRUPTCY NOTICE
**Bankruptcy (if applicable)** - To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the U.S. Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Fay Servicing, LLC retains rights under its security instrument, including the right to foreclose its lien.

### NOTICE TO CUSTOMERS
To provide us with a Direct Dispute of credit reporting, Notice of Error about the servicing of your loan, or make a Request for Information about the servicing of your loan, please contact us at:

Fay Servicing, LLC
Attn: Customer Service Department, Fay Servicing, P.O. Box 815548
Farmers Branch, TX 75381

Should you have any questions or concerns regarding your loan, please contact us at (800) 495-7166. Our office is open 8am-7pm Monday-Thursday, 8am-5pm Friday, 9am-12pm Saturday, Operating hours are Central Time.

### MINI MIRANDA
This communication is from a debt collector, and it is for the purpose of collecting debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

### U.S. Department of Housing and Urban Development (HUD)
Pursuant to Section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home.
For a list of homeownership counselors or counseling organizations in your area contact:

- The Consumer Financial Protection Bureau: consumerfinance.gov/find-a-housing counselor
- The Department of Housing and Urban Development (HUD): https://www.hud.gov/counseling or by calling (800) 569-4287 or TDD (800) 877-8339

### EQUAL CREDIT OPPORTUNITY ACT NOTICE
The Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Customer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is:

Federal Trade Commission
Equal Credit Opportunity
600 Pennsylvania Avenue, NW
Washington, DC 20580
1-877-FTC-HELP (1-877-382-4357); TTD: 1-866-653-4261
www.ftc.gov

**SERVICEMEMBERS CIVIL RELIEF ACT (SCRA) -** If you or any other person on this mortgage is a servicemember or dependent of a servicemember, you may be entitled to certain protections under the Federal Servicemembers Civil Relief Act (50 U.S.C. Sec 501) regarding the servicemember's interest rate and the risk of foreclosure. Counseling for qualified individuals is available at agencies such as Military OneSource and Armed Forces Legal Assistance. To obtain information on counseling assistance, contact the OneSource Center, toll free, at (800)-342-9647 or visit their website: https://legalassistance.law.af.mil/

**PROPERTY INSPECTIONS**
If your loan account is in default, in accordance with the terms of your Mortgage/Deed of Trust, Fay Servicing, LLC, may inspect your property to determine that it is being maintained and occupied. As needed or required, Fay Servicing, LLC, may secure the property. Securing the property may result in locks being added or changed to protect the property and may also include winterizing and/or mowing the property as necessary. Any fees for such an inspection and/or property services may be charged to your account.

**Disputed Debts:** If you are disputing the debt, or a portion of the debt, please note that this statement is for information and compliance purposes only. It is not an attempt to collect a debt against you.

**Statute of Limitations Disclaimer**
In the event your loan has exceeded the applicable statute of limitations, this notice is only for information and compliance purposes.