**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Rodney Joseph Dyess                              Case No. 25-50713-KMS
         Candace Janette Dyess, Debtors                   CHAPTER 13

## NOTICE

The undersigned counsel for Debtors has filed papers with the court to approve attorney's compensation.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Application, or if you want the court to consider your views on the Application, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the Debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief, which shall sustain this Application for Compensation.

Date: December 9, 2025          Signature:   /s/ Thomas C. Rollins, Jr.
                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                             Jennifer A Curry Calvillo (MSBN 104367)
                                             The Rollins Law Firm, PLLC
                                             PO Box 13767
                                             Jackson, MS 39236
                                             601-500-5533
                                             trollins@therollinsfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Rodney Joseph Dyess                                            Case No. 25-50713-KMS
         Candace Janette Dyess, Debtors                                 CHAPTER 13

**SECOND APPLICATION FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF NECESSARY EXPENSES
FOR THOMAS C. ROLLINS, JR.**

COMES NOW, Thomas C. Rollins, Jr., (the "Applicant") attorney for the Debtors, and files this *Second Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Thomas C. Rollins, Jr.* and in support thereof, would respectfully show to this Honorable Court as follows, to-wit:

1. On May 14, 2025, Debtors filed a bankruptcy petition under Chapter 13 of the bankruptcy code.

2. The Debtors and Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC (hereinafter "the firm"), have agreed to an hourly billing arrangement in lieu of this Court's standard "no look" fee award. Per said agreement, attorney T.C. Rollins is billed at a rate of $360.00 per hour while attorney Jennifer Calvillo is billed at a rate of $360.00 per hour. Paralegals are billed at a rate of $155.00 per hour. Legal Assistants bill at $100.00 per hour. Said rates are reasonable and in keeping with community custom and standards for attorneys in this area. T.C. Rollins and Jennifer Calvillo are both board certified in consumer bankruptcy law by the American Board of Certification.

3. Throughout our representation of the Debtors herein, our firm has maintained itemized billing entries which are completed and maintained contemporaneously with the associated service(s) provided. The services provided by the firm were reasonable in view of the circumstances of this case.

4. The Court previously approved compensation in the amount of $3,245.92 (Dk #43).

5. The Debtor herein provided a retainer in trust in the amount of $2,000.00, which was disbursed pursuant to *Order Granting First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Thomas C. Rollins, Jr.* (Dk #43), and the chapter 13 Trustee has disbursed $1,245.92 on this claim as of December 1, 2025.

6. The time incurred and services provided by the firm since the filing of the previous fee application have resulted in Attorney's fees in the amount of $1,447.00 and expenses in the amount of $89.20 for a total of $1,536.20. A detailed accounting of which is attached hereto as Exhibit "A".

7. This is the Applicants' Second request for allowance of compensation for professional services rendered in this proceeding. This request covers the period from July 14, 2025 to December 1, 2025.

WHEREFORE, PREMISES CONSIDERED, Applicant requests that this Court enter an Order awarding reasonable attorneys' fees for the professional services rendered herein and authorizing and directing Debtors to pay said attorneys' fees and expenses. Applicants pray for general relief.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

  I, Thomas C. Rollins, Jr., certify that an accurate copy of the Application for Compensation was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case.  The date of said notice is reflected on the Docket.

            <u>/s/ Thomas C. Rollins, Jr.</u>
            Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>RODNEY JOSEPH DYESS<br>CANDACE JANETTE DYESS | CASE NO: 25-50713-KMS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 12/9/2025, I did cause a copy of the following documents, described below,

Notice and Application for Compensation

Exhibit A Invoice

Exhibit C Affidavit

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/9/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-50713-KMS |
|---|---|
| RODNEY JOSEPH DYESS<br>CANDACE JANETTE DYESS | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 12/9/2025, a copy of the following documents, described below,

Notice and Application for Compensation

Exhibit A Invoice

Exhibit C Affidavit

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/9/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING            FORD MOTOR CREDIT COMPANY LLC  CO AIS PORTF   (P)MCCALLA RAYMER LEIBERT PIERCE  LLC
NCRS ADDRESS DOWNLOAD                       4515 N SANTA FE AVE DEPT APS                  ATTN ATTN WENDY REISS
CASE 25-50713-KMS                           OKLAHOMA CITY  OK 73118-7901                  1544 OLD ALABAMA ROAD
SOUTHERN DISTRICT OF MISSISSIPPI                                                          ROSWELL GA 30076-2102
TUE DEC 9 8-4-3 PST 2025



EXCLUDE

US BANKRUPTCY COURT                         AES                                           AFFIRM  INC
DAN M RUSSELL  JR US COURTHOUSE             ATTN BANKRUPTCY                               ATTN BANKRUPTCY
2012 15TH STREET  SUITE 244                 PO BOX 64378                                  650 CALIFORNIA ST
GULFPORT  MS 39501-2036                     ST PAUL  MN 55164-0378                        FL 12
                                                                                          SAN FRANCISCO  CA 94108-2716




AFFIRM  INC                                 AMERICAN EXPRESS                              AMERICAN EXPRESS NATIONAL BANK
RESURGENT CAPITAL SERVICES                  PO BOX 981537                                 CO BECKET AND LEE LLP
PO BOX 10587                                EL PASO  TX 79998-1537                        PO BOX 3001
GREENVILLE  SC 29603-0587                                                                 MALVERN  PA 19355-0701




BANKPLUS                                    CAPITAL ONE                                   CAPITAL ONE  NA
1068 HIGHLAND COLONY PARKWAY  STE 200       ATTN BANKRUPTCY                               BY AIS INFOSOURCE LP AS AGENT
RIDGELAND  MS 39157-8807                    PO BOX 30285                                  4515 N SANTA FE AVE
                                            SALT LAKE CITY  UT 84130-0285                 OKLAHOMA CITY  OK 73118-7901




CAPITAL ONE  NA  SUCCESSOR BY MERGER TO DI  CHASE AUTO FINANCE                            CHASE CARD SERVICES
PO BOX 3025                                 ATTN BANKRUPTCY                               ATTN BANKRUPTCY
NEW ALBANY  OH  43054-3025                  PO BOX 901076                                 PO 15298
                                            FORT WORTH  TX 76101-2076                     WILMINGTON  DE 19850-5298




CITI CARDBEST BUY                           CITIBANK                                      DEPARTMENT OF TREASURY  INTERNAL REVENUE SE
PO BOX 790040                               PO BOX 790040                                 INTERNAL REVENUE SERVICE
ST LOUIS  MO 63179-0040                     ST LOUIS  MO 63179-0040                       PO BOX 7346
                                                                                          PHILADELPHIA  PA 19101-7346




DIRECTV  LLC                                DISCOVER FINANCIAL                            (P)FAY SERVICING  LLC
BY AIS INFOSOURCE LP AS AGENT               ATTN BANKRUPTCY                               P O BOX 814609
4515 N SANTA FE AVE                         PO BOX 3025                                   DALLAS TX 75381-4609
OKLAHOMA CITY  OK 73118-7901                NEW ALBANY  OH 43054-3025




FIRST PREMIER BANK                          (P)FIRST NATIONAL BANK OF OMAHA               FORD MOTOR CREDIT COMPANY LLC
ATTN BANKRUPTCY                             1601 DODGE ST                                 CO AIS PORTFOLIO SERVICES  LLC
PO BOX 5524                                 STOP CODE 3113                                4515 N SANTA FE AVE DEPT APS
SIOUX FALLS  SD 57117-5524                  OMAHA NE 68102-1637                           OKLAHOMA CITY  OK 73118-7901




GENESIS FS                                  GOLDMAN SACHS BANK USA                        HALIE DYESS
ATTN BANKRUPTCY                             ATTN BANKRUPTCY                               831 CEDAR LAKE RD
PO BOX 4477                                 PO BOX 70379                                  BILOXI  MS 39532-4619
BEAVERTON  OR 97076-4401                    PHILADELPHIA  PA 19176-0379
```

| | | |
|---|---|---|
| INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON MS 39201-5025 | JPMORGAN CHASE BANK NA<br>NATIONAL BANKRUPTCY DEPARTMENT<br>PO BOX 29505 AZ1-5757<br>PHOENIX AZ 85038-9505 | JEFFERSON CAPITAL<br>ATTN BANKRUPTCY<br>200 14TH AVE E<br>SARTELL MN 56377-4500 |
| (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | KAREN A MAXCY ESQ<br>MCCALLA RAYMER LEIBERT PIERCE LLC<br>US BANK NA NOT IN ITS INDIVIDUAL CAPACIT<br>1544 OLD ALABAMA ROAD<br>ROSWELL GA 30076-2102 | KOHLSCAPITAL ONE<br>PO BOX 3043<br>MILWAUKEE WI 53201-3043 |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | LINCOLN AUTOMOTIVE FIN<br>ATTN BANKRUPTCY<br>PO BOX 542000<br>OMAHA NE 68154-8000 | LINCOLN AUTOMOTIVE FIN<br>ATTN BANKRUTCY<br>PO BOX 54200<br>OMAHA NE 68154-8000 |
| MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE SC 29603-0368 | MERCURYFBT<br>ATTN BANKRUPTCY<br>PO BOX 84064<br>COLUMBUS GA 31908-4064 | MERRICK BANK<br>ATTN BANKRUPTCY<br>PO BOX 9201<br>OLD BETHPAGE NY 11804-9001 |
| MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2037<br>WARREN MI 48090-2037 | ONE MAIN FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3251<br>EVANSVILLE IN 47731-3251 | PERSONIFY FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 208417<br>DALLAS TX 75320-8417 |
| (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | QUANTUM3 GROUP LLC AS AGENT FOR<br>AXIOM ACQUISITION VENTURES LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | QUANTUM3 GROUP LLC AS AGENT FOR<br>CONCORA CREDIT INC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>SADINO FUNDING LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | (P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 | ~~EXCLUDE~~<br>~~(D)(P)REPUBLIC FINANCE LLC~~<br>~~282 TOWER RD~~<br>~~PONCHATOULA LA 70454-8318~~ |
| (P)SPRING OAKS CAPITAL LLC<br>1400 CROSSWAYS BLVD STE 100B<br>CHESAPEAKE VA 23320-0207 | SHEFFIELD FINANCIAL<br>ATTN BANKRUPTCY<br>214 N TRYON ST<br>CHARLOTTE NC 28202-1078 | SHEFFIELD FINANCIAL A DIVISION OF TRUIST BA<br>SHEFFIELD FINANCIAL<br>BANKRUPTCY SECTION100-50-01-51<br>PO BOX 1847<br>WILSON NC 27894-1847 |
| SYNCHRONY<br>ATTN BANKRUPTCY<br>PO BOX 955060<br>ORLANDO FL 32896-5060 | (P)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 | TOWER LOAN OF MISSISSIPPI LLC<br>PO BOX 320001<br>FLOWOOD MS 39232-0001 |

```
                                                                                EXCLUDE

US BANK NATIONAL ASSOCIATION  NOT IN ITS    US ATTORNEY GENERAL                 UNITED STATES TRUSTEE
INDIVIDUAL CAPACITY BUT SOLELY IN ITS       US DEPT OF JUSTICE                  501 EAST COURT STREET
FAY SERVICING  LLC                          950 PENNSYLVANIA AVENW              SUITE 6 430
PO BOX 814609                               WASHINGTON  DC 20530-0001           JACKSON  MS 39201 5022
DALLAS TX 75381-4609


                                            DEBTOR                              EXCLUDE

CANDACE JANETTE DYESS                       RODNEY JOSEPH DYESS                 THOMAS CARL ROLLINS JR
648 HENLEY FIELD MCNEILL RD                 648 HENLEY FIELD MCNEILL RD         THE ROLLINS LAW FIRM  PLLC
CARRIERE  MS 39426-8521                     CARRIERE  MS 39426-8521             PO BOX 13767
                                                                                JACKSON  MS 39236-3767



EXCLUDE

(P)WARREN A  CUNTZ  TI JR
PO BOX 3749
GULFPORT MS 39505-3749
```