

# The Rollins Law Firm, PLLC

**INVOICE**

Invoice # 8523
Date: 11/30/2025
Due On: 12/30/2025

P.O. Box 13767
Jackson, MS 39236
United States

Rodney Joseph Dyess and Candace Janette Dyess

## 05866-Dyess Rodney Joseph Dyess and Candace Janette

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 07/14/2025 | Drafted 1st Invoice for services rendered. | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/14/2025 | Reviewed current invoice and completed drafting 1st Application for Compensation, Notice, Affidavit, and proposed Order. | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/14/2025 | Drafted memo to TR attaching Application for Compensation, Exhibit A and proposed Order for his review. Drafted e-mail memo to SA attaching Affidavit for her to obtain TR's signature and notarize. | 0.10 | $155.00 | $15.50 |
| Service | TR | 07/15/2025 | Revise 1st Fee App | 0.20 | $275.00 | $55.00 |
| Service | JC | 07/16/2025 | Reviewed Declaration of Mailing from CertificateofService.com and prepared 21-Day Notice with attached Declaration, Application for Compensation, Exhibit A, Exhibit C, Cost of Mailing, and Proposed Order for filing with the Court. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 07/24/2025 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.40 | $275.00 | $110.00 |
| Service | JC | 07/25/2025 | Reviewed Lincoln POC from previous case; called and spoke with Rishu Yadav; he could not pull up the account with current case number; provided prior and he pulled up the | 0.50 | $155.00 | $77.50 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | account and told me the case was dismissed; explained that they refiled and needed POC filed for 3 vehicles; was put on hold numerous times; provided all information for POC to be filed. |  |  |  |
| Service | JAC | 07/29/2025 | Review: 25-50713-KMS Notice of Requirement to Complete Course in Financial Management (ADI) Document# 29 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 07/29/2025 | Review: 25-50713-KMS Objection to Confirmation of the Plan Document# 28 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 07/30/2025 | Review: 25-50713-KMS Notice to file Corporate Ownership Statement Document# 30 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 08/01/2025 | Review: 25-50713-KMS Statement of Corporate Ownership Document# 32 | 0.10 | $0.00 | $0.00 |
| Service | JC | 08/04/2025 | Reviewed docket; Lincoln POC not filed; drafted e-mail to AIS and Ford requesting POC be filed. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 08/05/2025 | Review: 25-50713-KMS Motion to Dismiss Debtor Document# 33 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 08/05/2025 | Review: 25-50713-KMS Hearing Set - Bankruptcy Document# 34 | 0.10 | $275.00 | $27.50 |
| Service | TR | 08/05/2025 | Review and sign AO on mortgage treatment in plan | 0.10 | $275.00 | $27.50 |
| Service | JAC | 08/06/2025 | Review: 25-50713-KMS Minute Entry (CHAP) Document# 35 | 0.10 | $0.00 | $0.00 |
| Service | BB | 08/08/2025 | Reviewed emailed welcome letter from AIS on payments for the debtors vehicle. Reviewed NDC and best case. Drafted email memo to JC. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 08/08/2025 | Review: 24-50343-KMS Creditor Request for Notices Document# 76 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 08/11/2025 | Review: 25-50713-KMS Order on Objection to Confirmation Document# 37 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 08/11/2025 | Review: 25-50713-KMS Creditor Request for Notices Document# 41 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 08/12/2025 | Review: 25-50713-KMS Creditor Request for Notices Document# 40 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 08/12/2025 | Review: 25-50713-KMS Creditor | 0.10 | $0.00 | $0.00 |

Invoice # 8523 - 11/30/2025

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | Request for Notices Document# 39 |  |  |  |
| Service | JAC | 08/12/2025 | Review: 25-50713-KMS Notice of Postpetition Mortgage Fees, Expenses, and Charges Document# 42 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 08/12/2025 | Review: 25-50713-KMS Order on Application for Compensation Document# 43 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 08/13/2025 | Draft & file response to TT M Dismiss for failure to file 2024 taxes | 0.20 | $275.00 | $55.00 |
| Service | JC | 08/13/2025 | Reviewed docket; Lincoln POC not filed; drafted follow-up e-mail to AIS and Ford requesting POC be filed. | 0.10 | $155.00 | $15.50 |
| Service | JC | 08/15/2025 | Reviewed e-mail from Danielle with Ford Credit informing she was advised by AIS this morning that all claims have now been filed; reviewed 3 POCs filed by Ford for each of the 3 vehicles, verifying that each had a Certificate of Title. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 08/18/2025 | Review: 25-50713-KMS Notice of Postpetition Mortgage Fees, Expenses, and Charges Document# 46 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 08/28/2025 | emaield brent on the M Dismiss Hearing 9/4/2025 | 0.10 | $275.00 | $27.50 |
| Service | JC | 08/29/2025 | Contact Debtor (Text/Email): Drafted a text message to each debtor inquiring if they have filed their 2024 tax return and requesting a copy. Informed a MTD has been filed since the tax return has not been filed. | 0.10 | $155.00 | $15.50 |
| Service | JC | 08/29/2025 | Reviewed text message from husband informing he plans to file when he gets home from working in FL in the middle of September; drafted e-mail to JAC informing same and inquiring what I need to do; drafted reply to debtor. | 0.10 | $155.00 | $15.50 |
| Service | JC | 08/29/2025 | Contact Debtor (Text/Email): Reviewed text message from debtor inquiring if it is going to be an issue before he can file in mid-September; drafted reply informing I e-mailed the attorney and will let him know when I hear back. | 0.10 | $155.00 | $15.50 |

Invoice # 8523 - 11/30/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 09/02/2025 | review & respond to email from TT staff attorney re: M Dismiss hearing | 0.10 | $275.00 | $27.50 |
| Service | JC | 09/02/2025 | Contact Debtor (Text/Email): Reviewed memo from JAC informing she will let the TT know that debtors will have tax return ready by the end of the month; drafted text message to debtors informing filing mid-Sept. is fine and requesting they send a signed copy as soon as they file. | 0.10 | $155.00 | $15.50 |
| Service | JC | 09/02/2025 | Reviewed screenshot showing tax filing appointment with CPA on Sept. 16th submitted by debtor and informing he should be able to send the signed copy that day; drafted reply regarding same. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 09/03/2025 | Prepare for Hearing 9/4/2025 since TT attorney hasn't responded to the last email | 0.70 | $0.00 | $0.00 |
| Service | JAC | 09/04/2025 | Attend Hearing 9/4/2025 on TT M Dismiss | 1.00 | $360.00 | $360.00 |
| Service | JAC | 09/04/2025 | drive to and from hearing. Total drive time was 2 hours, but there were 2 hearings. Took total dime & divided in half | 1.50 | $0.00 | $0.00 |
| Service | JAC | 09/04/2025 | Review: 25-50713-KMS Minute Entry (CHAP) Document# 47 | 0.10 | $0.00 | $0.00 |
| Service | CO | 09/08/2025 | Incoming Call: Phone conference with Andrea Dalexand to provider her with a case number. Reviewed debtor's matrix and their previous case on NDC for creditor "Lab Corp." and did not see them listed. Created task for us to contact debtor about including this debt in their bankruptcy. | 0.20 | $100.00 | $20.00 |
| Service | JAC | 09/09/2025 | Review: 25-50713-KMS Minute Entry (CHAP) Document# 48 | 0.10 | $0.00 | $0.00 |
| Service | BB | 09/10/2025 | Phone conference with creditor stating the debt through Labcorp is through their business. Provided her my email address and requested an invoice. | 0.10 | $100.00 | $10.00 |
| Service | BB | 09/11/2025 | Reviewed email from debtors creditor providing requested invoices. Drafted email to JC providing all supporting documents and informing her of the situation. | 0.30 | $100.00 | $30.00 |

Invoice # 8523 - 11/30/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | BB | 09/18/2025 | Call Debtor: Reviewed email memo from JC stating to provide the pertinent information to review to add a debt to JAC. Phone conference with debtor to confirm he would like the debt to be reviewed. Drafted email to JAC providing the information. | 0.20 | $100.00 | $20.00 |
| Service | JC | 09/18/2025 | Reviewed e-mail from debtor with attached 2024 tax return; drafted e-mail to Micki attaching same for TT Cuntz; reviewed IRS' POC; drafted e-mail to Liz with IRS attached POC and tax return and requesting POC be amended. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 09/22/2025 | review & respond to email from bb re add debt | 0.10 | $0.00 | $0.00 |
| Service | JC | 09/22/2025 | Reviewed e-mail correspondence between TR and trustee regarding TR approving his signature of AO denying MTD. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 09/23/2025 | Review: 25-50713-KMS Order Confirming Chapter 13 Plan Document# 50 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 09/23/2025 | Review: 25-50713-KMS Order on Motion To Dismiss Debtor Document# 49 | 0.10 | $0.00 | $0.00 |
| Service | BB | 09/25/2025 | Contact Debtor (Text/Email): Reviewed email from attorney stating the debt can be added but if it was not personally guaranteed, it is not necessary. Drafted email to debtor informing him and inquiring how he would like to proceed. | 0.10 | $100.00 | $10.00 |
| Service | BB | 09/26/2025 | Review email from debtor: Reviewed email from debtor stating the debt was not personally guaranteed. Drafted email to debtor informing him to continue to pay from his business. | 0.10 | $100.00 | $10.00 |
| Service | BB | 10/01/2025 | Incoming Call: Phone conference with creditor for debtors business inquiring after an update. Informed the creditor the debtor has agreed to pay them directly. | 0.10 | $100.00 | $10.00 |
| Service | JC | 10/02/2025 | Reviewed AO Denying MTD filed on 09/23/25. | 0.10 | $0.00 | $0.00 |
| Service | BB | 10/03/2025 | Contact Debtor (Text/Email): Reviewed email from creditor | 0.10 | $100.00 | $10.00 |

Invoice # 8523 - 11/30/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | requesting the debtor contact them to arrange the surrender of their vehicle. Drafted email to debtor informing them. | | | |
| Service | KR | 10/03/2025 | Incoming Call: Telephone conference with debtor about the email that BB sent about surrendering the Lincoln Corsair; reviewed court docket for plan; explained that since the co-signer has been making payments there should be no issues | 0.20 | $155.00 | $31.00 |
| Service | BB | 10/03/2025 | Contact Debtor (Text/Email): Phone conference with KR stating she spoke with the debtor stating the vehicle was surrendered to the non filing cosigner and to be kept in her possession. Drafted email to creditor informing them of this and the payments are up to date. | 0.30 | $100.00 | $30.00 |
| Service | BB | 10/03/2025 | Review email from debtor: Reviewed email from debtor inquiring if the filing will effect his daughters credit as she is a cosigner on a vehicle. Informed the debtor as long as she continues to make the payments there should not be a problem. | 0.10 | $100.00 | $10.00 |
| Service | JC | 11/30/2025 | Reviewed 1st Application, Order, and Invoice filed in case; reviewed trustee's site to determine amount of attorney's fees paid to date; reviewed activities in case; began drafting 2nd Application for Compensation, Notice, Affidavit, and proposed Order. | 0.40 | $155.00 | $62.00 |
| Service | JC | 11/30/2025 | Created draft invoice and gathered information to obtain cost of mailing estimate. | 0.10 | $155.00 | $15.50 |
| | | | | **Services Subtotal** | | **$1,447.00** |

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 07/15/2025 | Mailing Expense - 1st Fee Application Estimate v Actual Difference | 1.00 | $19.00 | $19.00 |
| Expense | 11/30/2025 | Mailing Expense - Fee Application: Mailing Expense - 2nd Fee Application Estimate | 1.00 | $70.20 | $70.20 |
| | | | **Expenses Subtotal** | | **$89.20** |

Invoice # 8523 - 11/30/2025

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 1.0 | $360.00 | $360.00 |
| Jennifer Curry Calvillo | Attorney | 1.4 | $275.00 | $385.00 |
| Jennifer Curry Calvillo | Attorney | 3.6 | $0.00 | $0.00 |
| Thomas Rollins | Attorney | 0.3 | $275.00 | $82.50 |
| Brooke Brueland | Non-Attorney | 1.5 | $100.00 | $150.00 |
| Jacki Curry | Non-Attorney | 2.7 | $155.00 | $418.50 |
| Jacki Curry | Non-Attorney | 0.1 | $0.00 | $0.00 |
| Clara Ortega | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Kerri Rodabough | Non-Attorney | 0.2 | $155.00 | $31.00 |
|  |  |  | **Subtotal** | **$1,536.20** |
|  |  |  | **Total** | **$1,536.20** |

# Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8086 | 08/13/2025 | $3,245.92 | $0.00 | $3,245.92 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8523 | 12/30/2025 | $1,536.20 | $0.00 | $1,536.20 |
|  |  |  | **Outstanding Balance** | **$4,782.12** |
|  |  |  | **Total Amount Outstanding** | **$4,782.12** |

11/30/25, 4:03 PM                                                                    Cost Estimator

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1**  How many PAGES are in the document(s) you intend to upload?  `3`  pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2**  How many parties will be receiving your documents?  `52`  parties
This is another way of asking how many envelopes will we have to stuff?

**3**  We will print on both sides of the sheet.  `2`
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4**  We will print your documents 1 page per side.  `1`

**Disclaimer & User Agreement:**

By clicking on the 'Get Estimate' button below, you (hereafter "User") agree to the following terms and conditions. This quote is for estimation purposes and is not a guarantee of cost for services. Quote is based on current information from User about the mailing project requirements. It does not constitute a review by BK Attorney Services, LLC for pricing on the actual cost of mailing a particular project. Many factors may or may not be known at the time of obtaining the estimate.  Changes in addresses, changes in documents, international mail costs and other factors all influence the

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|  |  |  |
|---|---|---|
|  | 78 |  |
| Date and Time: | Sun Nov 30 2025 16:03:49 GMT-0600 (Central Standard Time) |  |
| Total Pages to Print: | 156 |  |
| Sheets Per Envelope | 1.5 |  |
| First Class Postage Rate | $ 0.78 |  |
| Print Rate: | $ 0.19 |  |
| Printing Cost: | $ | 29.64 |
| Postage Cost: | $ | 40.56 |
| Total Cost: | $ | 70.2 |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED