**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 25-50713** |
| | § | |
| **RODNEY JOSEPH DYESS** | § | |
| **CANDACE JANETTE DYESS** | § | |
| **DEBTORS** | § | |

# NOTICE OF ADDRESS CHANGE

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). PLEASE TAKE NOTICE that the notice address and payment address for the below mentioned Creditor has changed. Please update the case and claims register with the new information outlined below.

| **Ford Motor Credit Company** | **37-1** | **xxxx7333** |
|---|---|---|
| Creditor Name | Court Claim # | Last Four Digits of Acct.# |

**Prior Name and Address where notices should be sent:**
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
Phone:

**Prior Name and Address where payments should be sent:**
No Change
Phone: No Change

**Current Name and Address where notices should be sent:**
Ford Motor Credit Company LLC
PO Box 9013
Addison, TX 75001
Phone: (855) 397-0228

**Current Name and Address where payments should be sent:**
No Change
Phone: No Change

Dated: 11/2/2026

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Craig A. Edelman
Craig A. Edelman
P.O. Box 9013
Addison, Texas 75001
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: POCQuestions@BonialPC.com
Authorized Agent for Creditor